# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**FELIPE GINO VELASCO, JR.,**

    *Petitioner*,

v.                                     Case No.: 4:25cv455-MW/MAF

**RICKY DIXON, et al.,**

    *Respondents*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. This case is **TRANSFERRED** to the United States District Court for the Middle District of Florida for all further proceedings. The Clerk shall take all steps necessary to transfer this case and close the file.

**SO ORDERED on December 11, 2025.**

                                             s/Mark E. Walker
                                             **United States District Judge**